**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**Sent:** Monday, August 22, 2022 12:56 PM
**To:** Michael D Ricciuti <michael.ricciuti@jud.state.ma.us>; Beatriz E Van Meek <beatriz.van-meek@jud.state.ma.us>; Matthew C. Welnicki <mcwelnicki@kslegal.com>; Michael P. Sams <mpsams@kslegal.com>; Michael P. Dickman <mpdickman@kslegal.com>; Kevin T. Peters <kevin.peters@gesmer.com>; Michael Brier <michael.brier@gesmer.com>; Nicholas J. Nesgos <nicholas.nesgos@afslaw.com>; Gloria Brooks <gloria.brooks@jud.state.ma.us>; Kenneth W Salinger <kenneth.salinger@jud.state.ma.us>; Peter B Krupp <peter.krupp@jud.state.ma.us>; helen.kazanjian@jud.state.ma.us <helen.kazanjian@jud.state.ma.us>; Ks6 <ks6@cox.net>; Lawrence Signore <ljsignore@therhodelawyer.com>; ray <ray@raygreen.com>; George A. McLaughlin III <giii@mclaughlinbrothers.com>; Michael Powers <michael.powers@pd.boston.gov>; Joan Green <joan@raygreen.com>; spiro@raygreen.com <spiro@raygreen.com>; Peter Spitalny <peter@steinfibers.com>; Sam Spitalny <spitula91@gmail.com>; Sean Gilligan <sean.gilligan@gesmer.com>; Brian Sheehan <bsheehan@cscrefi.com>
**Subject:** BSI 254 v Fiorillo et al Notice of Conspiracy Against Nicholas Fiorillo to Disavow 1st, 14th Amendments of US Constitution and Article 29 of Commonwealth

# EXHIBIT A

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Honorable Judge Riccuiti,

I have attached a series of motions that have been filed in the above captioned underlying and now contempt case in front of you. As it is clear that there continues to exist a deep state conspiracy against me and my affiliate, Gotspace and Ocean corporations, at the Boston Suffolk Court House. The clerks continue "gas-light" and block my prudent and timely filed motions and have systemically failed to:

1. Docket/ Serve Properly Filed Motions by Nicholas Fiorillo et al

2. Block Access to the CourtFM Recordings of such Hearings

3. Unlawfully edit and redact specific and key parts of Oral Arguments

4. Systemically Not File or File late such Timely Filed Motions

5. Prevent, Block and Freeze out Nicholas Fiorillo from Zoom Hearing Links
   1 out of 14 different examples (Spitalny v Fiorillo 8/10/22)

6. Systemically Alter, forged, and Proffer Duplicative Rulings to Create Confusion and
   dismay.

7. Violate Multiple Violations of the Cannons of their appointments to Public Service
   under USC 28 s 455 and Article 29 of the Commonwealth.

8. Judge/ Court Room Shuffle to Prevent Emergency Motions and Forced
   re assignments back to previously conflicted Judges.

9. Systemically Communicate to Opposing Counsel in Violation of the protections
   afforded under Ex Parte Relief (8/14/22) 1 of 7 example Nesgos admits.

10. Systemically Threatened and Intimidate Nicholas Fiorillo with the threat of
    incarceration. Where Clerks and Judges have order bailiffs on multiple occasions
    to muscle and bully Nicholas Fiorillo into submission. As they clearly attempt to
    block filings at the clerks office on the mornings of June 14th, 15th and 16th.

As I have detailed in my attached motion of your recusal and the interrelation and deep state conspiracy to disavow my civil liberties. I have explained at least three separate instances where it was clear on the record at the July 25th, August 3rd and now August 8th and August 15th hearings, something much more sinister has been going with your docket. These Kangaroo Clerk type antics that have happened in our case with each other, is no different than what has been going on in the related Raymond Green, Spitalny and GS Funding actions since December 2021.

It could never be more clearer, than it is today . This 22nd day of August 2022.. Such clerks, Van Meek and Brooks with the tactical aid of the Assistance Clerk Magistrate, by and through a clear and apparent pattern of ex-parte clandestine communications with the entire group of my adversaries. Continue relentlessly to "game the system" at the expense of the entire justice system and have succeeded to completely destroy any aspirations of prudent Justice I may be rightfully entitled to at Suffolk Superior.

Attorney's Peters, Brier, Nesgos, Welnikki and Mclaughlin continue to conspire against myself and my development companies, at every turn. Whereas Attorney Peters, along with Peter and Samuel Spitalny, have been eaves dropping, wire tapped and intercepted all of my companies confidential calls, emails, legal and financial data. Where such confidential information between themselves, the clerks and the Boston Police Distts from their illegal "wire taps". As Alfred Demirjian, of Tech Fusion Data Recovery & Digital Forensic located at 101 Arch Street, Boston MA , has been contracted to eaves drop and breach all of Fiorillo's computer and electronic devices he nd has been working with the Spitalnys, Peters and Mclaughlin since the summer of 2021.

As we have hard facts and undisputable proof that their is a consorted effort by all these individuals to disavow my rights and civil liberties of law that is not only sinister but criminal in nature.

As further outlined in attached motions, there has never been clear and direct attack on our Justice System then that of this criminal group.
as
All Americans should be free from such judicial injustices and never should have to endure the clearly criminal disavowment of their free rights to liberty and justice for all.

No Common Man or Woman in review of the totality of the global circumstances and criminal action s that have been launched against me. Would not, without doubt or question agree. That myself, my family and my business have been clear victims of a consorted unlawful conspiracy of a blatant material prejudicial

bias hat has been perpetuated against us in Boston Suffolk Superior Court.

Nicholas Fiorillo,
pro se

www.TheRhodeLawyer.com

**From:** Therese M Wilson <therese.wilson@jud.state.ma.us>
**Sent:** Friday, August 19, 2022 12:09:45 PM
**To:** Lawrence Signore <LJSignore@THERHODELAWYER.COM>
**Cc:** donna <donna@dhreporting.com>; Lisa Sealey <lisa.sealey@jud.state.ma.us>
**Subject:** FW: FTR Support - Case CS0069319 Reviewed

Dear Attorney Signore:

Please see email below from FTR support regarding the missing audio for your transcript request for BSI Westfield v Nicholas Fiorillo 2284CV00066 for the date of July 25, 2022.

You will need to contact the Suffolk Superior Court Civil Clerk's Office to request that this audio be unsealed.

If you have any questions, please let me know.

Best,

Therese M. Wilson

Transcript Coordinator Supervisor, Transcript Services

Office of Court Management
Language Access and Court Records Department
Email address: therese.wilson@jud.state.ma.us

Telephone: 617-645-5142

Pronouns: she/her/hers



#IMCOVERINGFORYOU
#MASKUPTRIALCOURT

**STATEMENT OF CONFIDENTIALITY:** This email may contain information that is proprietary, confidential or privileged. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

**From:** IT Service Desk <mass.support@fortherecord.com>
**Sent:** Friday, August 19, 2022 11:48 AM
**To:** Therese M Wilson <therese.wilson@jud.state.ma.us>
**Subject:** FTR Support - Case CS0069319 Reviewed

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**FTR Support has reviewed your case.**

A comment has been added to case CS0069319 by our technical support team.

Short description: New transcript order received - AVL9W-TRK#22-3268

| Date | Comment | Made By |
|---|---|---|
| 2022-08-17 18:04:28 GMT | I am looking into this and will relay any information I find. Thanks | Michelle |
| 2022-08-17 19:16:54 GMT | Hi Therese, In doing my research, I found that the remaining piece of audio, is sealed. Audio from 11:48pm up until 1:20pm for that day is sealed. This would have came from a clerk's request in the past. In order for us to unseal, we would need a judge's approval. Let me | Michelle |

| | | |
|---|---|---|
| | know how you would like to proceed, or if I should close this ticket. Thanks | |
| 2022-08-19 15:47:38 GMT | Hi Therese, Just checking in with you. Did you want me to close this ticket? Thank you | Michelle |

Click here to view or comment on the case.

Thank you,

**FTR Support**

For The Record

Unsubscribe | Notification Preferences

Ref:MSG0425228_s7K8IpXTF2J3RCWGdPuS



# EXHIBIT B

## Fw: Spitalny V Fiorillo et al Green v Fiorillo et ALEMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

**NICHOLAS FIORILLO** <metrowestrealty@yahoo.com>
Reply-To: NICHOLAS FIORILLO <metrowestrealty@yahoo.com>

----- Forwarded Message -----
**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>; Beatriz E. Van Meek <beatriz.van-meek@jud.state.ma.us>
**Sent:** Wednesday, August 10, 2022 at 01:59:54 PM EDT
**Subject:** Fw: Spitalny V Fiorillo et al Green v Fiorillo et ALEMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

Please forward zoom link for today's hearing

Thank you

📄 Spitalny, et al_Gotspace, et al - Renewed Emergency Exparte Motion to Continue.pdf
182K



## Fw: Spitalny V Fiorillo et al Green v Fiorillo et ALEMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
Reply-To: NICHOLAS FIORILLO <metrowestrealty@yahoo.com>

----- Forwarded Message -----
**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>; Beatriz E. Van Meek <beatriz.van-meek@jud.state.ma.us>; Nicholas J. Nesgos <nicholas.nesgos@afslaw.com>; Kevin T. Peters <kevin.peters@gesmer.com>; Michael Brier <michael.brier@gesmer.com>
**Sent:** Wednesday, August 10, 2022 at 01:59:09 PM EDT
**Subject:** Spitalny V Fiorillo et al Green v Fiorillo et ALEMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

Ms Brooks and Van Meek,

Please see attached motion and forward this to the judge for todays hearing. As I have requested that I appear on a limited basis as I am recovering from a medical operation and need such emergency continuance.

Nicholas Fiorillo Pro Se and for all 3rd party defendants and Witness Tracy Fiorillo

EMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

📄 **Spitalny, et al_Gotspace, et al - Renewed Emergency Exparte Motion to Continue.pdf**
182K



## Fw: 5th Request for Zoom Link Raymond C. Green, Inc., Spitalny's v Fiorillo August 10th Zoom Link 1316666

NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
Reply-To: NICHOLAS FIORILLO <metrowestrealty@yahoo.com>

----- Forwarded Message -----
**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**To:** Beatriz E Van Meek <beatriz.van-meek@jud.state.ma.us>; Gloria Brooks <gloria.brooks@jud.state.ma.us>
**Cc:** Nesgos, Nicholas J. <nicholas.nesgos@afslaw.com>; Hyman, Nathaniel J. <nathaniel.hyman@afslaw.com>; Kevin T. Peters <kevin.peters@gesmer.com>; Michael Brier <michael.brier@gesmer.com>; Ks6 <ks6@cox.net>; Lawrence Signore <ljsignore@therhodelawyer.com>
**Sent:** Wednesday, August 10, 2022 at 10:31:22 PM EDT
**Subject:** Re: 5th Request for Zoom Link Raymond C. Green, Inc., Spitalny's v Fiorillo August 10th Zoom Link 1316666

Ms Brooks and Van Meek,

I filed such motion timely today, well before the Judge heard such arguments from Peters and Brier.

I also reached out directly to both your phone lines (5 times) and opposing counsel via email for zoom link ID to court room 1301.

I also directly requested the zoom link via multiple emails, phone calls to both of you and your offices and the main line at the clerks department, well before the Spitalny matter was even heard.

I attempted to log in to the 4 different zoom links that are publicly posted on the mass.gov zoom link page and not one of them worked. Can you please forward what zoom link was used for today's hearing?

As you know. I prudently requested a zoom appearance to you as clerks and to opposing counsel and was "frozen out" today.

Everyone in that court room had prior notice of my medical leave. As it was common knowledge from the August 8th hearing, Ms Van Meek was present at, I could not be in attendance today.

I do appreciate you informing all of us you handed up my motion and supportive exculpatory June 6th Depo Transcript and "Peter/Powers Criminal Show Cause" transcript as exhibits to our motion directly to the Judge.

Thanks again for the update, as we expect to see such motion and exhibits officially uploaded and docketed immediately.

As they need to be timely, as we intend to move to immediately **vacate** such rulings as the Judge clearly articulated we have every right to seek.

Also we are still waiting for Judge Ricciuti's ruling on our motion to dismiss in the BSI 254 Westfield Street matter to be uploaded as well. Can you give us an indication of when we might see that ruling as well?

I really want to thank both of you and appreciate all your help with your efforts for me to appear remotely.

In reflection, I think everything worked out for the best, as we will see the Judge in the fall.

Nicholas Fiorillo


----- Forwarded Message -----
**From:** Gloria Brooks <gloria.brooks@jud.state.ma.us>
**To:** nicholas fiorillo <metrowestrealty@yahoo.com>
**Cc:** Lawrence Signore <LJSignore@therhodelawyer.com>; nkreuzer@aol.com <nkreuzer@aol.com>; kevin.peters@gesmer.com <kevin.peters@gesmer.com>; michael.brier@gesmer.com <michael.brier@gesmer.com>; lauren.haskins@gesmer.com <lauren.haskins@gesmer.com>
**Sent:** Thursday, August 11, 2022 at 12:43:05 PM EDT
**Subject:** RE: Filing Submitted for Case: 2184CV02894; 2184CV02894 Spitalny, Samuel B vs. Fiorillo, Nicholas; Envelope Number: 1284115

Good afternoon Mr. Fiorillo:

There is no hearing scheduled for today. The BLS1 hearings are held in Courtroom 1309. During this sitting, all motion hearings in BLS1 will be held in person, unless otherwise stated by the judge. The audio line was put in

place during the pandemic. Now that courts are again open to the public, that audio link is no longer available.

Gloria Brooks

Assistant Clerk Magistrate for Civil Business

Suffolk Superior Court

3 Pemberton Square, 12th Floor

Boston, MA 02108

(617) 788-8181

Gloria.brooks@jud.state.ma.us

----- Forwarded Message -----
**From:** Gloria Brooks <gloria.brooks@jud.state.ma.us>
**To:** nicholas fiorillo <metrowestrealty@yahoo.com>
**Cc:** Lawrence Signore <LJSignore@THERHODELAWYER.COM>; nkreuzer@aol.com <nkreuzer@aol.com>; kevin.peters@gesmer.com <kevin.peters@gesmer.com>; michael.brier@gesmer.com <michael.brier@gesmer.com>; lauren.haskins@gesmer.com <lauren.haskins@gesmer.com>
**Sent:** Thursday, August 11, 2022 at 02:18:56 PM EDT
**Subject:** Re: Filing Submitted for Case: 2184CV02894; 2184CV02894 Spitalny, Samuel B vs. Fiorillo, Nicholas; Envelope Number: 1284115

Good afternoon Mr. Fiorillo:

You will need to sign up for a Court.fm account at us.court.fm to listen to the hearing. Your request should include the case name, docket number, date, courthouse (Suffolk Superior Court) and courtroom (1309).

Thank you,
Gloria Brooks

---

**From:** nicholas fiorillo <metrowestrealty@yahoo.com>

**Sent:** Thursday, August 11, 2022 1:04 PM
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>
**Cc:** Lawrence Signore <LJSignore@therhodelawyer.com>; nkreuzer@aol.com <nkreuzer@aol.com>; kevin.peters@gesmer.com <kevin.peters@gesmer.com>; michael.brier@gesmer.com <michael.brier@gesmer.com>; lauren.haskins@gesmer.com <lauren.haskins@gesmer.com>
**Subject:** Re: Filing Submitted for Case: 2184CV02894; 2184CV02894 Spitalny, Samuel B vs. Fiorillo, Nicholas; Envelope Number: 1284115

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Please provide what audio link was used for yesterdays hearing in front of Judge Kasijjian

Please Also forward me to where the audio recording link to yesterdays hearing.

Nicholas Fiorillo

Sent from my iPhone

**From:** nicholas fiorillo <metrowestrealty@yahoo.com>
**Sent:** Thursday, August 11, 2022 10:55 AM
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>
**Cc:** Lawrence Signore <LJSignore@therhodelawyer.com>; nkreuzer@aol.com; kevin.peters@gesmer.com; michael.brier@gesmer.com; lauren.haskins@gesmer.com
**Subject:** Re: Filing Submitted for Case: 2184CV02894; 2184CV02894 Spitalny, Samuel B vs. Fiorillo, Nicholas; Envelope Number: 1284115

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms Brooks

Please provide the zoom link id from the 2pm 1301 hearing and audio link Id.

We are having trouble finding both at this point.

Nicholas Fiorillo

Sent from my iPhone

**From:** nicholas fiorillo <metrowestrealty@yahoo.com>
**Sent:** Thursday, August 11, 2022 10:55 AM
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>
**Cc:** Lawrence Signore <LJSignore@therhodelawyer.com>; nkreuzer@aol.com; kevin.peters@gesmer.com; michael.brier@gesmer.com; lauren.haskins@gesmer.com
**Subject:** Re: Filing Submitted for Case: 2184CV02894; 2184CV02894 Spitalny, Samuel B vs. Fiorillo, Nicholas; Envelope Number: 1284115

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms Brooks

Please provide the zoom link id from the 2pm 1301 hearing and audio link Id.

We are having trouble finding both at this point.

Nicholas Fiorillo

Sent from my iPhone

----- Forwarded Message -----
**From:** Beatriz E Van Meek <beatriz.van-meek@jud.state.ma.us>
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>; NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**Sent:** Wednesday, August 10, 2022 at 02:36:16 PM EDT
**Subject:** Re: Spitalny V Fiorillo et al Green v Fiorillo et ALEMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

It is not in the BLS2 for any event today so I do not have the info you are requesting

**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**Sent:** Wednesday, August 10, 2022 1:59 PM
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>; Beatriz E Van Meek <beatriz.van-meek@jud.state.ma.us>
**Subject:** Fw: Spitalny V Fiorillo et al Green v Fiorillo et ALEMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please forward zoom link for today's hearing

Thank you

----- Forwarded Message -----
**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**To:** Gloria Brooks <gloria.brooks@jud.state.ma.us>; Beatriz E. Van Meek <beatriz.van-meek@jud.state.ma.us>; Nicholas J. Nesgos <nicholas.nesgos@afslaw.com>; Kevin T. Peters <kevin.peters@gesmer.com>; Michael Brier <michael.brier@gesmer.com>
**Sent:** Wednesday, August 10, 2022 at 01:59:09 PM EDT
**Subject:** Spitalny V Fiorillo et al Green v Fiorillo et ALEMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM

Ms Brooks and Van Meek,

Please see attached motion and forward this to the judge for todays hearing. As I have requested that I appear on a limited basis as I am recovering from a medical operation and need such emergency continuance.

Nicholas Fiorillo Pro Se and for all 3rd party defendants and Witness Tracy Fiorillo

EMERGENCY MOTION TO CONTINUE AND APPEAR ON LIMITED BASIS VIA ZOOM



## Fw: emergency motion to extend time to answer

**NICHOLAS FIORILLO** <metrowestrealty@yahoo.com>
Reply-To: NICHOLAS FIORILLO <metrowestrealty@yahoo.com>

----- Forwarded Message -----
**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**To:** Beatriz E. Van Meek <beatriz.van-meek@jud.state.ma.us>; Matthew C. Welnicki <mcwelnicki@kslegal.com>; Michael P. Sams <mpsams@kslegal.com>
**Sent:** Tuesday, August 23, 2022 at 03:59:14 PM EDT
**Subject:** emergency motion to extend time to answer

Ms Van Meek,

Please find emergency motion to extend the time to answer the Plaintiffs Emergency Motion of Default and courts order to file such answer by 4pm Today. As Defendant has had technical computer "crashing" issues and has no access to records on his main laptop. It is impossible to obtain such documents and the like to formulate a proper answer to such motion.

Please find attach motion to extend until end of business tomorrow.

Nicholas Fiorillo pro se

📄 **Draft - Fiorillo Motion to Extend Time to Answer Plaintiffs' Motion For Default.pdf**
64K



# Fw: Notice of request continuous of 2pm hearing today to 3:30pm today

**NICHOLAS FIORILLO** <metrowestrealty@yahoo.com>
Reply-To: NICHOLAS FIORILLO <metrowestrealty@yahoo.com>

----- Forwarded Message -----
**From:** Beatriz E Van Meek <beatriz.van-meek@jud.state.ma.us>
**To:** Matthew C. Welnicki <mcwelnicki@kslegal.com>; Michael D Ricciuti <michael.ricciuti@jud.state.ma.us>; Nicholas <metrowestrealty@yahoo.com>
**Sent:** Monday, August 22, 2022 at 02:01:22 PM EDT
**Subject:** Re: Notice of request continuous of 2pm hearing today to 3:30pm today

It is the Judge's intent to begin at 2:00 p.m. as scheduled in this Trial on Contempt.

Beatriz E. Van Meek
Assistant Clerk, BLS2

**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**Sent:** Monday, August 22, 2022 1:57 PM
**To:** Beatriz E Van Meek <beatriz.van-meek@jud.state.ma.us>; Matthew C. Welnicki <mcwelnicki@kslegal.com>; Michael D Ricciuti <michael.ricciuti@jud.state.ma.us>; Nicholas <metrowestrealty@yahoo.com>
**Subject:** Notice of request continuous of 2pm hearing today to 3:30pm today

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Van Meek,
As the severe inclement weather has bottleneck the expressway from cape cod to Boston. Defendant request todays hearing be push to 3:30pm. As I have been in traffic for the last hour in the South East part of the state. Please contact me at 508-776-7219

Thank you
Pro Se Nicholas Fiorillo

----- Forwarded Message -----
**From:** NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
**To:** michael.ricciuti@jud.state.ma.us <michael.ricciuti@jud.state.ma.us>; Beatriz E. Van Meek <beatriz.van-meek@jud.state.ma.us>; Matthew C. Welnicki <mcwelnicki@kslegal.com>; Michael P. Sams <mpsams@kslegal.com>; Michael P. Dickman <mpdickman@kslegal.com>; Kevin T. Peters <kevin.peters@gesmer.com>; Michael Brier <michael.brier@gesmer.com>; Nicholas J. Nesgos <nicholas.nesgos@afslaw.com>; Gloria Brooks <gloria.brooks@jud.state.ma.us>; kenneth.salinger@jud.state.ma.us <kenneth.salinger@jud.state.ma.us>; peter.krupp@jud.state.ma.us <peter.krupp@jud.state.ma.us>; helen.kazanjian@jud.state.ma.us <helen.kazanjian@jud.state.ma.us>; Ks6 <ks6@cox.net>; Lawrence Signore <ljsignore@therhodelawyer.com>; ray <ray@raygreen.com>; George A. McLaughlin III <giii@mclaughlinbrothers.com>; Michael Powers <michael.powers@pd.boston.gov>; Joan Green <joan@raygreen.com>; spiro@raygreen.com <spiro@raygreen.com>; Peter Spitalny <peter@steinfibers.com>; Sam Spitalny <spitula91@gmail.com>; Sean Gilligan <sean.gilligan@gesmer.com>; Brian Sheehan <bsheehan@cscrefi.com>
**Sent:** Monday, August 22, 2022 at 12:56:41 PM EDT

# Exhibit C

From: Therese M Wilson <therese.wilson@jud.state.ma.us>
Sent: Friday, August 19, 2022 12:09:45 PM
To: Lawrence Signore <LJSignore@THERHODELAWYER.COM>
Cc: donna <donna@dhreporting.com>; Lisa Sealey <lisa.sealey@jud.state.ma.us>
Subject: FW: FTR Support - Case CS0069319 Reviewed

Dear Attorney Signore:

Please see email below from FTR support regarding the missing audio for your transcript request for BSI Westfield v Nicholas Fiorillo 2284CV00066 for the date of July 25, 2022.

You will need to contact the Suffolk Superior Court Civil Clerk's Office to request that this audio be unsealed.

If you have any questions, please let me know.
Best,
Therese M. Wilson
Transcript Coordinator Supervisor, Transcript Services
Office of Court Management
Language Access and Court Records Department
Email address: therese.wilson@jud.state.ma.us

From: IT Service Desk <mass.support@fortherecord.com>
Sent: Friday, August 19, 2022 11:48 AM
To: Therese M Wilson <therese.wilson@jud.state.ma.us>
Subject: FTR Support - Case CS0069319 Reviewed

FTR Support has reviewed your case.
A comment has been added to case CS0069319 by our technical support team.
Short description: New transcript order received - AVL9W-TRK#22-3268
Date Comment Made By
2022-08-17 18:04:28
GMT
I am looking into this and will relay any information I
find. Thanks
Michelle
2022-08-17 19:16:54
GMT
Hi Therese, In doing my research, I found that the
remaining piece of audio, is sealed. Audio from
11:48pm up until 1:20pm for that day is sealed. This
would have came from a clerk's request in the past. In
order for us to unseal, we would need a judge's
approval. Let me know how you would like to
proceed, or if I should close this ticket. Thanks
Michelle

2022-08-19 15:47:38 GMT
Hi Therese, Just checking in with you. Did you want me to close this ticket? Thank you
Michelle

Thank you,
FTR Support
For The Record



### Fw: Notice of Capias to Issue

NICHOLAS FIORILLO <metrowestrealty@yahoo.com>
Reply-To: NICHOLAS FIORILLO <metrowestrealty@yahoo.com>

# EXHIBIT D

----- Forwarded Message -----
**From:** nicholas fiorillo <metrowestrealty@yahoo.com>
**To:** Beatriz Van Meek <beatriz.van-meek@jud.state.ma.us>; Michael D Ricciuti <michael.ricciuti@jud.state.ma.us>; Matthew C. Welnicki <mcwelnicki@kslegal.com>; Michael P. Sams <mpsams@kslegal.com>; Michael P. Dickman <mpdickman@kslegal.com>; Gloria Brooks <gloria.brooks@jud.state.ma.us>; Ks6 <ks6@cox.net>
**Sent:** Monday, August 22, 2022 at 03:41:33 PM EDT
**Subject:** Notice of Capias to Issue

Miss Van Meek after the call that I received from you informing me of the judges intent to issue a Capez for my arrest for being late to today's hearing I've informed you I'm here presenting myself in front of the judge and I want to return the Capeus as I was prevent it from being here on time because of the inclement weather in the south eastern part of Massachusetts specifically the Cape Cod bridge was backed up for over an hour with a flood on the Cape Cod side where I left my home in more than enough time to be present for the 2 o'clock hearing today.

Please inform the judge I will be in front of him in his court room shortly and I can be reached at 508-776-7219 it's unfortunate you didn't let me know anything else other than what the judge did and issuing a K PS and obviously you did not let him know that I needed to have it here pushed today because of the inclement weather

Nicholas Fiorillo

Sent from my iPhone

Begin forwarded message:

> **From:** nicholas fiorillo <metrowestrealty@yahoo.com>
> **Date:** August 22, 2022 at 3:18:51 PM EDT
> **To:** Beatriz Van Meek <beatriz.van-meek@jud.state.ma.us>, Matthew Welnicki <mcwelnicki@kslegal.com>, "Michael P. Sams" <mpsams@kslegal.com>, Lawrence Signore <LJSignore@therhodelawyer.com>, Gloria Brooks <gloria.brooks@jud.state.ma.us>, "Michael P. Dickman" <mpdickman@kslegal.com>, Michael D Ricciuti <michael.ricciuti@jud.state.ma.us>
> **Subject: Fwd: BSI 254 v Fiorillo et al Notice of Inclement weather and request to move today's hearing to 3:30 PM**
>
> Ms Van meek
>
> As I have had made numerous request via email and over a dozen phone calls to both opposing counsel your phone number and the clerk and the docket clerks department starting earlier this afternoon.
>
> As I had earlier indicated I am still here in traffic bumper-to-bumper and an additional 30-45 minutes away.
>
> Please immediately inform me what took place today at the hearing that I clearly had a prudent and legitimate request to postpone.
>
> What actions did the judge take on what motions and what was the overall position from the court about my legitimate request to continue.
>
> Also please give me detailed information of what the judge intends to do or has in fact acted on a series of prudent motions we filed in due course with proper notice and as discussed with opposing counsel during our conferences last week.

It is my intention to continue on in this traffic to make my way to the courthouse but at this point I am unsure if I will be there prior to 330 or even 430.

I have left you multiple emails containing my phone number and I have called many departments at the courthouse and left my phone number and I have yet to receive any communication from you whatsoever.

Please call me immediately and inform me and respond to this email As it appears just more of the same of your continued torches interference with my rights to a fair and proper day in court.

Nicholas Fiorillo 508-776-7219

 Gmail

## Fw: Nicholas Fiorillo Medical Letter

**NICHOLAS FIORILLO** <metrowestrealty@yahoo.com>
Reply-To: NICHOLAS FIORILLO <metrowestrealty@yahoo.com>

----- Forwarded Message -----
**From:** nicholas fiorillo <metrowestrealty@yahoo.com>
**To:** "beatriz.van-meek@jud.state.ma.us" <beatriz.van-meek@jud.state.ma.us>
**Sent:** Tuesday, August 9, 2022 at 04:40:43 PM EDT
**Subject:** Nicholas Fiorillo Medical Letter

Ms Van Meek,

Please see attached from Dr. Dickstein, extended pre-op for 24 hours prior to operation was required for operation.

Please forward this along to the Judge.

Nicholas Fiorillo


Sent from my iPhone

 Aug 9, Doc 5.pdf
321K