UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.

BSI 254 WESTFIELD, LLC and )
BSI 254 WESTFIELD MEMBER, LLC, )

Plaintiffs,

NO. 1:22-cv-11394-DJC

v.

NICHOLAS FIORILLO

Defendant.

**MOTION FOR LEAVE FOR PRO SE LITIGANT
TO FILE PLEADINGS AND DOCUMENTS ELECTRONICALLY**

COMES NOW Defendant Nicholas Fiorillo, acting pro se, and hereby moves this Honorable Court to grant him leave to file future pleadings and documents electronically, utilizing the ECF protocol. In furtherance of his request for leave, Defendant states as follows:

1. I have been an active CM/ECF litigant for over 10 years.

2. I am proficient in the ECF system.

3. There are multiple time sensitive filings which need to be uploaded into cases.

4. The almost 3.5 hour round trip commute to file in person or reliance upon the mail service, puts me in a very disadvantageous legal situation.

5. It will be both helpful to Defendant and the Court, if Defendant is granted permission to file documents electronically.

6. Defendant has not conferred with Plaintiff(s) in relation to this Motion, but asserts that granting this Motion will not cause prejudice to the opposing parties.

WHEREFORE, Defendant prays the Honorable Court to grant him electronic filing privilege in this case.

Respectfully submitted,

/s/Nicholas Fiorillo
In Pro Per